**B1 (Official Form 1) (4/10)**

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF SOUTH CAROLINA<br>COLUMBIA DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Internal Medicine Associates, PC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **57-1114796** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**805 Pamplico Hwy**<br>**Suite B310**<br>**Florence, SC**          ZIP CODE **29505** | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Florence** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP CODE | Mailing Address of Joint Debtor (if different from street address):          ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [x] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [x] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined by 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter.)*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.5.2, ID 0967451855)*

B1 (Official Form 1) (4/10)

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Internal Medicine Associates, PC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  **X** _____  Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): **Internal Medicine Associates, PC** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney\***

X  /s/ Nancy E. Johnson
_____
Nancy E. Johnson                    Bar No. **6909**

**Law Office of Nancy E. Johnson, LLC**
**2201 Greene Street**
**Columbia, SC 29205**

Phone No. **(803) 343-3424**      Fax No. **(803) 656-0510**

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Internal Medicine Associates, PC**

X  /s/ Lloyd Miller
_____
Signature of Authorized Individual

**Lloyd Miller**
_____
Printed Name of Authorized Individual

**Member**
_____
Title of Authorized Individual

_____
Date

Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B6D (Official Form 6D) (12/07)

In re **Internal Medicine Associates, PC**                Case No. _____
                                                                  (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**South Carolina Bank and Trust**<br>**POB 100113**<br>**Columbia, SC 29202** | | DATE INCURRED:<br>NATURE OF LIEN:<br><br>COLLATERAL:<br>**A/R, furnishings and equipment**<br>REMARKS:<br><br><br>VALUE:          **$717,257.70** | | | | **$352,000.00** | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | **$352,000.00** | **$0.00** |
| | | | Total (Use only on last page) > | | | **$352,000.00** | **$0.00** |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re **Internal Medicine Associates, PC**　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS　　(Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**2**_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **Internal Medicine Associates, PC**

Case No. _____
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>Amanda H McKenzie<br>1551 E Lynches River Rd<br>Lamar, SC 29069 | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $3,400.00 | $3,400.00 | $0.00 |
| ACCT #:<br>Dawn M Brown<br>21702 Garden Walk Loop<br>Land O Lakes, FL 34637 | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $1,383.31 | $1,383.31 | $0.00 |
| ACCT #:<br>Deborah T. Miller<br>1420 Ebenezer Rd<br>Florence, SC 29501 | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $1,095.76 | $1,095.76 | $0.00 |
| ACCT #:<br>Jeremy T Woodham<br>205 Greenwood Ave<br>Hartsville, SC 29550 | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $9,145.92 | $9,145.92 | $0.00 |
| ACCT #:<br>Kandice E Smith<br>2128 Salem, Rd<br>Scranton, SC 29591 | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $3,059.97 | $3,059.97 | $0.00 |
| ACCT #:<br>Kayla M Webster<br>1625 Tolson Rd<br>Timmonsville, SC 29161 | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $10,345.72 | $10,345.72 | $0.00 |

Sheet no. ____1____ of ____2____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $28,430.68 | $28,430.68 | $0.00 |

Total >
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10) - Cont.

In re  **Internal Medicine Associates, PC**                    Case No. _____
                                                                          (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>Kimberly C Thomas<br>2144 Loquat Dr<br>Florence, SC 29505 | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $2,579.85 | $2,579.85 | $0.00 |
| ACCT #:<br>Mandy R Floyd<br>2513 W Lillian Dr<br>Florence, SC 29501 | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $2,200.19 | $2,200.19 | $0.00 |
| ACCT #:<br>Margaret DuBose<br>4804 Aldridge Ln<br>Florence, SC 29506 | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $4,563.22 | $4,563.22 | $0.00 |
| ACCT #:<br>Mary J Weeks<br>2027 Hepborn Blvd<br>Florence, SC 29501 | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $3,937.38 | $3,937.38 | $0.00 |
| ACCT #:<br>Tammy D Windham<br>2100 Oakstump Rd<br>Timmonsville, SC 29161 | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $2,481.00 | $2,481.00 | $0.00 |
| ACCT #:<br>Virginia M. Tolson<br>1400 Tolson Rd<br>Timmonsville, SC 29161 | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $10,130.10 | $10,130.10 | $0.00 |

Sheet no. ___2___ of ___2___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $25,891.74 | $25,891.74 | $0.00 |
| Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $54,322.42 | | |
| Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $54,322.42 | $0.00 |

B6F (Official Form 6F) (12/07)

In re   **Internal Medicine Associates, PC**                      Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Allied Answering Service**<br>**522 South Coit Street**<br>**Florence SC  29501-5221** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$3,000.65** |
| ACCT #:<br>**Allscripts**<br>**Receivables Control Corp**<br>**7373 Kirkwood Court Suite 200**<br>**Minneapolis MN  55369** | | DATE INCURRED:<br>CONSIDERATION:<br>**Medicare claim processing**<br>REMARKS: | | | | **$40,000.00** |
| ACCT #:<br>**American Specialty**<br>**POB 6647**<br>**Florence SC  29502** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,440.00** |
| ACCT #:<br>**AT&T**<br>**Attn:  Bankruptcy**<br>**POB 769**<br>**Arlington TX  76004** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$24,000.00** |
| ACCT #:<br>**Carolina Hospital Systems**<br>**805 Pamplico Highway**<br>**Florence, SC  29505** | | DATE INCURRED:<br>CONSIDERATION:<br>**Contract/Lease**<br>REMARKS:<br>**Commercial building lease where medical practice is located** | | | | **$65,000.00** |
| ACCT #:<br>**Henry Schein**<br>**POB 371952**<br>**Pittsburgh PA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$6,095.91** |
| | | | | Subtotal > | | **$139,536.56** |
| | | | | Total > | | |

____3____ continuation sheets attached

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Internal Medicine Associates, PC**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Herald Office Supply**<br>**801 North Cashua Drive**<br>**Florence SC 29501-6929** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$2,951.80** |
| ACCT #:<br>**LABSCO**<br>**Allen Maxwell & Silver, Inc.**<br>**190 Sylvan Avenue**<br>**Englewood Cliffs NJ 07632** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$3,231.85** |
| ACCT #:<br>**Landauer**<br>**2 Science Road**<br>**Glenwood IL 60425-1586** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$963.06** |
| ACCT #:<br>**Munn & Associates**<br>**1461 West Evans Street**<br>**Florence, SC 29501** | | DATE INCURRED:<br>CONSIDERATION:<br>**Accounting services**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Pee Dee Isotopes**<br>**156 N. McQueen Street**<br>**Florence, SC 29501** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$10,274.05** |
| ACCT #:<br>**Pitney Bowes**<br>**POB 856390**<br>**Louisville KY 40285-6390** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$2,243.61** |

Sheet no. ___**1**___ of ___**3**___ continuation sheets attached to                    Subtotal >    **$19,664.37**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                     Total >
                              **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Internal Medicine Associates, PC**                    Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Shur Shred** <br> **1505 West Evans Street** <br> **Florence, SC 29501** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$212.31** |
| ACCT #: <br> **Southern Business Systems** <br> **101 Corporate Blvd** <br> **Suite 109** <br> **West Columbia, SC  29169** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$1,183.70** |
| ACCT #: <br> **Stephen Miller, MD** <br> **416 Robertson Blvd** <br> **Walterboro, SC  29488** | | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: <br> **Amounts owed for "interpretations" made by nuclear imaging equipment - Debtor has since purchased the nuclear imaging** | | | | **$60,000.00** |
| | | **equipment from Steven Miller, the brother of Dr. Lloyd Miller** | | | | |
| ACCT #: <br> **Stephen Miller, MD** <br> **416 Robertson Blvd** <br> **Walterboro, SC  29488** | | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: <br> **Amounts owed under promissory note for the purchase of Dr. Stephen Miller's 1/2 interest in the nuclear imaging system.** | | | | **$535,000.00** |
| | | **Equipment is valued at $30,000.** | | | | |

Sheet no. ____**2**____ of _____**3**_____ continuation sheets attached to                                   Subtotal >      **$596,396.01**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                Total >

                                   **(Use only on last page of the completed Schedule F.)**

                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Internal Medicine Associates, PC**                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Stericycle**<br>**POB 9001590**<br>**Louisville KY  40290-1590** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$560.00** |
| ACCT #:<br>**Turner, Padget, Graham & Laney, P.A.**<br>**319 South Irby Street**<br>**Florence SC  29501** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$22,819.52** |
| ACCT #:<br>**Virginia M. Tolson**<br>**1400 Tolson Rd**<br>**Timmonsville, SC 29161** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$65,000.00** |
| ACCT #:<br>**INTERNAL REVENUE SERVICE**<br>**INSOLVENCY GROUP 6**<br>**MDP39**<br>**1835 ASSEMBLY STREET**<br>**COLUMBIA, SC 29201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**SECURITIES AND EXCHANGE COMMISSION**<br>**3475 LENOX ROAD NE**<br>**ATLANTA, GA 30326** | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| | | | | | | |

Sheet no. ___3___ of ___3___ continuation sheets attached to                                    Subtotal >    **$88,379.52**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              Total >    **$843,976.46**
                                    **(Use only on last page of the completed Schedule F.)**
                          **(Report also on Summary of Schedules and, if applicable, on the**
                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Internal Medicine Associates, PC**                                    Case No. _____

                                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____***Member***_____ of the _____**Corporation**_____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of

_____**9**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date _____            Signature _***/s/ Lloyd Miller***_____

                                                                                       ***Lloyd Miller***

                                                                                       ***Member***

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

IN RE:  **Internal Medicine Associates, PC**

CASE NO

CHAPTER    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$25,000.00** |
| Prior to the filing of this statement I have received: | **$25,000.00** |
| Balance Due: | **$0.00** |

2.  The source of the compensation paid to me was:
    ☑ Debtor       ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☑ Debtor       ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **Representation in (1) adversary proceedings; (2) appeals; (3) matters involving material facts not disclosed by the debtor prior to the filing of the petition.**
    **Additional costs not included:**
    **Adding creditors to case: $60**
    **Mailing costs to serve creditors (per creditor): $1.00**
    **Draft and mail letter: $50.00**
    **Unanticipated legal services performed by NEJ: $260 per hour**
    **Attendance at continued 341 (continued due to failure of Debtor to appear or failure to bring appropriate documents of identification):  $200**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____          **/s/ Nancy E. Johnson**
*Date*                                    *Nancy E. Johnson*                     Bar No.  6909
                                          Law Office of Nancy E. Johnson, LLC
                                          2201 Greene Street
                                          Columbia, SC 29205
                                          Phone: (803) 343-3424 / Fax: (803) 656-0510

---

__/s/ Lloyd Miller_____

**Lloyd Miller**
**Member**

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

IN RE:   **Internal Medicine Associates, PC**                                    Case No.

                                                                                Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Carolina Hospital Systems<br>805 Pamplico Highway<br>Florence, SC  29505 | | Contract/Lease | | **$65,000.00** |
| Allscripts<br>Receivables Control Corp<br>7373 Kirkwood Court Suite 200<br>Minneapolis MN  55369 | | Medicare claim processing | | **$40,000.00** |
| AT&T<br>Attn:  Bankruptcy<br>POB 769<br>Arlington TX  76004 | | | | **$24,000.00** |
| Turner, Padget, Graham & Laney, P.A.<br>319 South Irby Street<br>Florence SC  29501 | | | | **$22,819.52** |
| Kayla M Webster<br>1625 Tolson Rd<br>Timmonsville, SC 29161 | | | | **$10,345.72** |
| Pee Dee Isotopes<br>156 N. McQueen Street<br>Florence, SC  29501 | | | | **$10,274.05** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

IN RE:  **Internal Medicine Associates, PC**

Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Jeremy T Woodham<br>205 Greenwood Ave<br>Hartsville, SC 29550 | | | | **$9,145.92** |
| Henry Schein<br>POB 371952<br>Pittsburgh PA | | | | **$6,095.91** |
| Margaret DuBose<br>4804 Aldridge Ln<br>Florence, SC 29506 | | | | **$4,563.22** |
| Mary J Weeks<br>2027 Hepborn Blvd<br>Florence, SC 29501 | | | | **$3,937.38** |
| Amanda H McKenzie<br>1551 E Lynches River Rd<br>Lamar, SC 29069 | | | | **$3,400.00** |
| LABSCO<br>Allen Maxwell & Silver, Inc.<br>190 Sylvan Avenue<br>Englewood Cliffs NJ  07632 | | | | **$3,231.85** |
| Kandice E Smith<br>2128 Salem, Rd<br>Scranton, SC 29591 | | | | **$3,059.97** |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

IN RE:   **Internal Medicine Associates, PC**

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Allied Answering Service<br>522 South Coit Street<br>Florence SC  29501-5221 | | | | **$3,000.65** |
| Herald Office Supply<br>801 North Cashua Drive<br>Florence SC 29501-6929 | | | | **$2,951.80** |
| Kimberly C Thomas<br>2144 Loquat Dr<br>Florence, SC 29505 | | | | **$2,579.85** |
| Tammy D Windham<br>2100 Oakstump Rd<br>Timmonsville, SC 29161 | | | | **$2,481.00** |
| Pitney Bowes<br>POB 856390<br>Louisville KY  40285-6390 | | | | **$2,243.61** |
| Mandy R Floyd<br>2513 W Lillian Dr<br>Florence, SC 29501 | | | | **$2,200.19** |
| American Specialty<br>POB 6647<br>Florence SC  29502 | | | | **$1,440.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

IN RE:  **Internal Medicine Associates, PC**                                    Case No.

                                                                                          Chapter      **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the _____**Member**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.


Date:_____          Signature:__**/s/ Lloyd Miller**_____

                                                                                          *Lloyd Miller*
                                                                                          **Member**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

IN RE:   **Internal Medicine Associates, PC**                          CASE NO

                                                          CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

     The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been comparted to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via

(a) ____ computer diskette

(b) ____ scannable hard copy

(c)  X  electronic version filed via CM/ECF

Date _____   Signature  **/s/ Lloyd Miller**_____
                                                          **Lloyd Miller**
                                                          **Member**

Date _____   Signature _____

                                   **/s/ Nancy E. Johnson**_____
                                   **Nancy E. Johnson**
                                   **6909**
                                   **Law Office of Nancy E. Johnson, LLC**
                                   **2201 Greene Street**
                                   **Columbia, SC 29205**
                                   **(803) 343-3424**

**Scanned Document #5**

IRMO, SC 29063

45654

| Employee | | | | | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Paige G. Herrin | | | | | Married/Withhold | | Fed-2/4/SC-6/-4 |

Pay Period: 08/22/2010 - 09/04/2010

Pay Date: 09/09/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 805.00 | 14,490.00 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| Federal Withholding | | -4.00 | -72.00 |
| Social Security Employee | | -49.91 | -898.38 |
| Medicare Employee | | -11.68 | -210.11 |
| SC - Withholding | | -1.44 | -25.92 |
| | | -67.03 | -1,206.41 |

| Net Pay | Current | YTD Amount |
|---|---|---|
| | 737.97 | 13,283.59 |

Gateway Baptist Church, 1651 Dutch Fork Road, Irmo, SC  29063 803-732-0590

GATEWAY BAPTIST CHURCH
IRMO, SC  29063

45735

| Employee | | | | | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Paige G. Herrin | | | | | Married/Withhold | | Fed-2/4/SC-6/-4 |

Pay Period: 09/05/2010 - 09/18/2010

Pay Date: 09/23/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 805.00 | 15,295.00 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| Federal Withholding | | -4.00 | -76.00 |
| Social Security Employee | | -49.91 | -948.29 |
| Medicare Employee | | -11.67 | -221.78 |
| SC - Withholding | | -1.44 | -27.36 |
| | | -67.02 | -1,273.43 |

| Net Pay | Current | YTD Amount |
|---|---|---|
| | 737.98 | 14,021.57 |

Gateway Baptist Church, 1651 Dutch Fork Road, Irmo, SC  29063 803-732-0590

GATEWAY BAPTIST CHURCH
IRMO, SC  29063

45822

| Employee | | | | | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Paige G. Herrin | | | | | Married/Withhold | | Fed-2/4/SC-6/-4 |

Pay Period: 09/19/2010 - 10/02/2010

Pay Date: 10/07/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 805.00 | 16,100.00 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| Federal Withholding | | -4.00 | -80.00 |
| Social Security Employee | | -49.91 | -998.20 |
| Medicare Employee | | -11.67 | -233.45 |
| SC - Withholding | | -1.44 | -28.80 |
| | | -67.02 | -1,340.45 |

| Net Pay | Current | YTD Amount |
|---|---|---|
| | 737.98 | 14,759.55 |

Gateway Baptist Church, 1651 Dutch Fork Road, Irmo, SC  29063 803-732-0590

**Scanned Document #5**

**GATEWAY BAPTIST CHURCH**
IRMO, SC 29063

45588

| Employee | | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Paige G. Herrin | | | | | | Married/Withhold | Fed-2/4/SC-6/-4 |
| | | | | | | Pay Period: 08/08/2010 - 08/21/2010 | Pay Date: 08/26/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 805.00 | 13,685.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -4.00 | -68.00 |
| Social Security Employee | | | -49.91 | -848.47 |
| Medicare Employee | | | -11.67 | -198.43 |
| SC - Withholding | | | -1.44 | -24.48 |
| | | | -67.02 | -1,139.38 |
| Net Pay | | | 737.98 | 12,545.62 |

*least current*

Gateway Baptist Church, 1651 Dutch Fork Road, Irmo, SC 29063 803-732-0590

**GATEWAY BAPTIST CHURCH**
IRMO, SC 29063

46208

| Employee | | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Paige G. Herrin | | | | | | Married/Withhold | Fed-2/4/SC-6/-4 |
| | | | | | | Pay Period: 11/15/2010 - 11/28/2010 | Pay Date: 12/02/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 805.00 | 19,320.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -4.00 | -96.00 |
| Social Security Employee | | | -49.91 | -1,197.84 |
| Medicare Employee | | | -11.67 | -280.14 |
| SC - Withholding | | | -1.44 | -34.56 |
| | | | -67.02 | -1,608.54 |
| Net Pay | | | 737.98 | 17,711.46 |

*most current*

Gateway Baptist Church, 1651 Dutch Fork Road, Irmo, SC 29063 803-732-0590



*Paiges pay*

## Scanned Document #5

PURSUANT TO WARRANT OF
RICHARD ECKSTROM
COMPTROLLER GENERAL

# Office Of State Treasurer

CONVERSE A. CHELLIS III, CPA

STATE TREASURER

| Pay Period: 09/17/2010 through 10/01/2010 | | Name: JOHN A HERRIN | | | Personnel No: 10045154 | |
|---|---|---|---|---|---|---|
| Check Date: 10/15/2010 | | Agency:N040-DEPARTMENT OF CORRECTIONS | | | | |

| | Earnings | Deductions | Taxes | Net Pay | Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Current: | 1,164.84 - | 156.94 - | 107.32 = | 900.58 | 3401 Ben-PORS EE Pre-tax | 75.71 | 147.77 |
| YTD: | 2,273.52 - | 310.23 - | 207.05 = | 1,756.24 | 3000 MoneyPlus BasAdmFeePre | 0.14 | 0.28 |
| Earnings | | Hours | Current | YTD | 3001 Ben-Dental EE Pre-tax | 10.67 | 21.34 |
| Regular Salary Exempt | | | 1,162.58 | 1,162.58 | 3005 Ben-Opt Life EE Pre-ta | 2.72 | 5.44 |
| Salaried Non-Exempt | | | | 1,096.79 | 3006 Ben-HighDedilthEEPreta | 54.28 | 108.56 |
| Special Assignment Pay | | | 23.25 | 56.13 | 3010 Ben-Vision EE Pre-tax | 12.12 | 24.24 |
| Furlough Deduction Spread | | | 20.99- | 41.98- | 3506 Ben-OptLifeSpouse Post | 0.68 | 1.36 |
| | | | | | 3508 Ben-Dep Life EE Post-t | 0.62 | 1.24 |
| Total Earnings | | | 1,164.84 | 2,273.52 | | | |
| | | | | | Total Deductions | 156.94 | 310.23 |

| | | | | |
|---|---|---|---|---|
| Imputed Income | | | 1.35 | 2.70 |

| Taxes | Tax Type | Status | EXMT AddlAmt | Cur Tax | YTD Tax | Cur Txbl Earn | YTD Txbl Earn |
|---|---|---|---|---|---|---|---|
| Federal | Withholding | | | | | 1,010.55 | 1,968.59 |
| Federal | Social Security | | | 67.26 | 131.05 | 1,084.91 | 2,113.66 |
| Federal | Medicare | | | 15.73 | 30.65 | 1,084.91 | 2,113.66 |
| South Carolina | Withholding | | 04 | 24.33 | 45.35 | 1,010.55 | 1,968.59 |
| Total Taxes | | | | 107.32 | 207.05 | | |

| Payment | Account | Type | Amount |
|---|---|---|---|
| CAROLINA FIRST BANK | 104145 | Checking | 900.58 |

**Scanned Document #5**

RICHARD ECKSTROM
COMPTROLLER GENERAL

# Office Of State Treasurer

CONVERSE A. CHELLIS III, CPA

STATE TREASURER

Pay Period: 10/02/2010 through 10/16/2010   Name: JOHN A HERRIN   Personnel No: 10045154
Check Date: 11/01/2010   Agency:ND40-DEPARTMENT OF CORRECTIONS

| Earnings | Deductions | Taxes | Net Pay | Deductions | Current | YTD |
|---|---|---|---|---|---|---|
| Current:  1,164.84 - | 156.94 - | 107.32 = | 900.58 | 3401 Ben-PORS EE Pre-tax | 75.71 | 223.48 |
| YTD:  3,438.36 - | 467.17 - | 314.37 - | 2,656.82 | 3000 MoneyPlus BasAdmFeePre | 0.14 | 0.42 |

| Earnings | Hours | Current | YTD | | | |
|---|---|---|---|---|---|---|
| Regular Salary Exempt | | 1,162.58 | 2,325.16 | 3001 Ben-Dental EE Pre-tax | 10.67 | 32.01 |
| Salaried Non-Exempt | | | 1,096.79 | 3005 Ben-Opt Life EE Pre-ta | 2.72 | 8.16 |
| Special Assignment Pay | | 23.25 | 79.38 | 3006 Ben-HighDedHlthEEPreta | 54.28 | 162.84 |
| Furlough Deduction Spread | | 20.99- | 62.97- | 3010 Ben-Vision EE Pre-tax | 12.12 | 36.36 |
| | | | | 3506 Ben-OptLifeSpouse Post | 0.68 | 2.04 |
| Total Earnings | | 1,164.84 | 3,438.36 | 3508 Ben-Dep Life EE Post-t | 0.62 | 1.86 |
| | | | | Total Deductions | 156.94 | 467.17 |

| | | Current | YTD |
|---|---|---|---|
| Imputed Income | | 1.35 | 4.05 |

| Taxes | Tax Type | Status | EXMT Addl Amt | Cur Tax | YTD Tax | Cur Txbl Earn | YTD Txbl Earn |
|---|---|---|---|---|---|---|---|
| Federal | Withholding | | | | | 1,010.55 | 2,979.14 |
| Federal | Social Security | | | 67.26 | 198.31 | 1,084.91 | 3,198.57 |
| Federal | Medicare | | | 15.73 | 46.38 | 1,084.91 | 3,198.57 |
| South Carolina | Withholding | | 04 | 24.33 | 69.68 | 1,010.55 | 2,979.14 |
| Total Taxes | | | | 107.32 | 314.37 | | |

| Payment | Account | Type | Amount |
|---|---|---|---|
| CAROLINA FIRST BANK | 104145 | Checking | 900.58 |

## Scanned Document #6

**GATEWAY BAPTIST CHURCH**
IRMO, SC 29063

**45914**

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Paige G. Herrin | | | | | Married/Withhold | Fed-2/4/SC-6/-4 |
| | | | | | Pay Period: 10/03/2010 - 10/16/2010 | Pay Date: 10/21/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 805.00 | 16,905.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -4.00 | -84.00 |
| Social Security Employee | | | -49.91 | -1,048.11 |
| Medicare Employee | | | -11.67 | -245.12 |
| SC - Withholding | | | -1.44 | -30.24 |
| | | | -67.02 | -1,407.47 |

| Net Pay | | | 737.98 | 15,497.53 |
|---|---|---|---|---|

Gateway Baptist Church, 1651 Dutch Fork Road, Irmo, SC  29063 803-732-0590

---

**GATEWAY BAPTIST CHURCH**
IRMO, SC 29063

**46019**

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Paige G. Herrin | | | | | Married/Withhold | Fed-2/4/SC-6/-4 |
| | | | | | Pay Period: 10/17/2010 - 10/30/2010 | Pay Date: 11/04/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 805.00 | 17,710.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -4.00 | -88.00 |
| Social Security Employee | | | -49.91 | -1,098.02 |
| Medicare Employee | | | -11.68 | -256.80 |
| SC - Withholding | | | -1.44 | -31.68 |
| | | | -67.03 | -1,474.50 |

| Net Pay | | | 737.97 | 16,235.50 |
|---|---|---|---|---|

Gateway Baptist Church, 1651 Dutch Fork Road, Irmo, SC  29063 803-732-0590

---

**GATEWAY BAPTIST CHURCH**
IRMO, SC 29063

**46111**

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Paige G. Herrin | | | | | Married/Withhold | Fed-2/4/SC-6/-4 |
| | | | | | Pay Period: 10/31/2010 - 11/13/2010 | Pay Date: 11/18/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 805.00 | 18,515.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -4.00 | -92.00 |
| Social Security Employee | | | -49.91 | -1,147.93 |
| Medicare Employee | | | -11.67 | -268.47 |
| SC - Withholding | | | -1.44 | -33.12 |
| | | | -67.02 | -1,541.52 |

| Net Pay | | | 737.98 | 16,973.48 |
|---|---|---|---|---|

Gateway Baptist Church, 1651 Dutch Fork Road, Irmo, SC  29063 803-732-0590

## Scanned Document #6

RICHARD ECKSTROM
COMPTROLLER GENERAL

# Office Of State Treasurer

CONVERSE A. CHELLIS III, CPA

STATE TREASURER

Pay Period: 10/17/2010 through 11/01/2010    Name: JOHN A HERRIN     Personnel No: 10045154

Check Date: 11/16/2010     Agency: N040-DEPARTMENT OF CORRECTIONS

| | Earnings | Deductions | Taxes | Net Pay | Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Current: | 1,164.84 - | 156.94 - | 107.33 = | 900.57 | 3401 Ben-PORS EE Pre-tax | 75.71 | 299.19 |
| YTD: | 4,603.20 - | 624.11 - | 421.70 = | 3,557.39 | 3000 MoneyPlus BasAdmFeePre | 0.14 | 0.56 |
| Earnings | Hours | Current | | YTD | 3001 Ben-Dental EE Pre-tax | 10.67 | 42.68 |
| Regular Salary Exempt | | 1,162.58 | | 3,487.74 | 3005 Ben-Opt Life EE Pre-ta | 2.72 | 10.88 |
| Salaried Non-Exempt | | | | 1,096.79 | 3006 Ben-HighDedHlthEEpreta | 54.28 | 217.12 |
| Special Assignment Pay | | 23.25 | | 102.63 | 3010 Ben-Vision EE Pre-tax | 12.12 | 48.48 |
| Furlough Deduction Spread | | 20.99- | | 83.96- | 3506 Ben-OptLifeSpouse Post | 0.68 | 2.72 |
| | | | | | 3508 Ben-Dep Life EE Post-t | 0.62 | 2.48 |
| Total Earnings | | 1,164.84 | | 4,603.20 | | | |
| | | | | | Total Deductions | 156.94 | 624.11 |

Imputed Income      1.35     5.40

| Taxes | Tax Type | Status | EXMT AddlAmt | Cur Tax | YTD Tax | Cur Txbl Earn | YTD Txbl Earn |
|---|---|---|---|---|---|---|---|
| Federal | Withholding | | | | | 1,010.55 | 3,989.69 |
| Federal | Social Security | | | 67.27 | 265.58 | 1,084.91 | 4,283.48 |
| Federal | Medicare | | | 15.73 | 62.11 | 1,084.91 | 4,283.48 |
| South Carolina | Withholding | | 04 | 24.33 | 94.01 | 1,010.55 | 3,989.69 |
| Total Taxes | | | | 107.33 | 421.70 | | |

| Payment | Account | Type | Amount |
|---|---|---|---|
| CAROLINA FIRST BANK | 104145 | Checking | 900.57 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| **Internal Medicine Associates, PC** | § | Case No. _____ |
| | § | |
| Debtor(s) | § | Chapter __11_____ |

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐   *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑   *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date: _____      **/s/ Lloyd Miller** _____
Lloyd Miller
Member
**Complete EIN:  57-1114796** _____

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: _____      **/s/ Nancy E. Johnson** _____
Nancy E. Johnson, Attorney for Debtor